UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

---

JASON CAMACHO, for himself and on behalf of all other persons similarly situated,

Plaintiff,

–against–

SHAY ART, LLC,

Defendant.

21 CV 5201 (TAM)

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties to the above-entitled matter, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action is dismissed with prejudice, without costs or fees to one party as against the other, except as otherwise agreed by the parties herein.

Dated: New York, New York
January 20, 2022

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
**ATTORNEYS FOR PLAINTIFF**

1

IVKO LLC

By: /s/Polina Ivko
Polina Ivko
polina@ivkoesq.com
424 West 33rd Street
Floors 7-9
New York, NY 10001
Telephone: (332) 203-2111
**ATTORNEYS FOR DEFENDANT**

Dated: New York, New York

January 20, 2022

**So ordered.**

Dated: Brooklyn, New York

*January 20, 2022*

/S/ *Taryn A. Merkl*
Hon. Taryn A. Merkl
United States Magistrate Judge